760

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEVEN ALLEN HANNA, Defendant-Appellant.

(No. 11307;

Fourth District—October 8, 1971.

Opinion by Mr. PRESIDING JUSTICE SMITH.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.